```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOSE FLORES PALMA,                                                     :
                                                                       :
                              Petitioner,                              :
                                                                       :
              -v-                                                      :   25 Civ. 9340 (JPC)
                                                                       :
PAUL ARTETA, et al.,                                                   :   ORDER
                                                                       :
                              Respondents.                             :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On November 7, 2025, Petitioner filed a Petition for Writ of Habeas Corpus (the "Petition"), Dkt. 1, and moved that the Court order Respondents to show cause why the Petition should not be granted, Dkt. 3 (the "Motion"). Respondents must respond to the Petition no later than November 17, 2025. Respondents' response should explain whether, in light of the recent decision in *Black v. Decker*, 103 F.4th 133 (2d Cir. 2024), *reh'g en banc denied*, *Black v. Almodovar*, No. 20-3224, 2025 WL 2989687 (2d Cir. Oct. 24, 2025), Respondents now plan to hold a bond hearing for Petitioner. Petitioner may file a reply to Respondents' response by November 22, 2025. The Clerk of Court shall electronically notify Jeffrey Oestericher, Chief of the Civil Division of the U.S. Attorney's Office for the Southern District of New York (jeffrey.oestericher@usdoj.gov), that this Order has been issued. The Clerk of Court also shall enclose the Petition and the Motion in her notification to Chief Oestericher.

SO ORDERED.

Dated: November 10, 2025
       New York, New York
                                                   _____
                                                   JOHN P. CRONAN
                                                   United States District Judge