UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOSE FLORES PALMA,                                                     :
                                                                       :
                            Petitioner,                                :
                                                                       :
            -v-                                                        :   25 Civ. 9340 (JPC)
                                                                       :
PAUL ARTETA, et al.,                                                   :        ORDER
                                                                       :
                            Respondents.                               :
                                                                       :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On November 7, 2025, Petitioner filed a Petition for Writ of Habeas Corpus. Dkt. 1. Respondents responded to the Petition on November 19, 2025, Dkt. 9, and Petitioners filed a Reply on November 25, 2025, Dkt. 14.

By December 5, 2025, and each seven days thereafter, the parties should submit a joint letter, not to exceed one page, updating the Court about the status of Petitioner's immigration proceedings. Additionally, by December 5, 2025, Respondents should file a supplemental brief of no more than three pages addressing, should the Court conclude that the framework from *Mathews v. Eldridge*, 424 U.S. 319 (1976), applies to this case, how the Court should balance the private interest, the risk of an erroneous deprivation, and the Government's interest. Petitioner may submit a response brief of no more than three pages by December 9, 2025.

SO ORDERED.

Dated: December 1, 2025
       New York, New York

                                                   _____
                                                          JOHN P. CRONAN
                                                       United States District Judge