**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSE FLORES PALMA,

                                    Plaintiff,

                    -against-                                                      25 **CIVIL** 9340 (JPC)

                                                                                  **JUDGMENT**

PAUL ARTETA, et al.,

                                    Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 12, 2026, Flores's arrest and detention was

in accordance with the Constitution, the INA, and the applicable regulation. Flores's petition for

a writ of habeas corpus is therefore denied. Accordingly, the case is closed.

**Dated:** New York, New York

        March 12, 2026

                                                **TAMMI M. HELLWIG**
                                    _____
                                                **Clerk of Court**

                          **BY:**
                                    _____
                                                **Deputy Clerk**